UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RICHARD MARCUS | : | CIVIL 15 - 449  (PGS) |
| V. | : | |
| | | ORDER FOR DISMISSAL |
| Labosmile USA, LLC | : | Pursuant to General |
| d/b/a Zircolab | : | Rule 41.1 |

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since or about July 7, 2015,

It is on this 29th day of July 2015,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.

RECEIVED

JUL 29 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK